IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO.: **10-CV-60758-Huck-O'Sullivan**

THOMAS J. DEMAIO,

    Plaintiff,

vs.

AL LAMBERTI, as SHERIFF OF
BROWARD COUNTY, FLORIDA,

    Defendant.
_____/

FILED by VT D.C.
ELECTRONIC

May 10, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the Southern District of Florida:

Defendant, AL LAMBERTI, as SHERIFF OF BROWARD COUNTY, FLORIDA, ("Petitioners") show:

1. On or about February 29, 2008, an action was commenced in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, entitled <u>Demaio v. Al Lamberti, as Sheriff of Broward County, Florida</u>, Case No.: 08-009148 (13). It contained no Counts that would allow for its removal to this Court. On or about April 13, 2010, the Circuit Court granted Plaintiff's Motion to Amend his Complaint. (Attached is the Order as Exhibit "A").

2. The Amended Complaint includes a Federal Civil Rights Claim against the Petitioner alleging a violation of 42 U.S.C.S. §1983.

3. The Defendant has been served. The Plaintiff opposes removal.

4. A copy of the Amended Complaint as well as all other pleadings filed in the Circuit

BUNNELL & WOULFE P.A.
ONE FINANCIAL PLAZA, SUITE 1000 · 100 SOUTHEAST 3rd AVENUE · FORT LAUDERDALE, FLORIDA 33394 · 954.761.8600

1 of 4

Court case as that record now exists are attached hereto as composite Exhibit "B".

5. The above-described action is a civil action of which the District Courts of the United States have been given original jurisdiction, in that a count of the Amended Complaint arises under the laws of the United States, and is one which may be removed to this Court by the Petitioners pursuant to the provisions of 28 U.S.C. §1441.

6. The date on or before which Petitioner is required by the laws of the State of Florida to answer or respond to Plaintiff's Complaint has not lapsed. In accordance with the requirements of 28 U.S.C. §1446, this Notice of Removal is filed within thirty (30) days after receipt by the Petitioners, through service or otherwise, of the initial pleading from which it was ascertained that the case was removable.

7. Petitioners desire and are entitled to have this cause removed from the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, such being the District where the case is pending.

8. Written notice of filing of this petition will be given to all adverse parties, as is required by law.

9. A true copy of this notice will be filed with the Clerk of the Circuit Court of 17th Judicial Circuit in Broward County, Florida, as provided by law.

WHEREFORE, Petitioner, AL LAMBERTI, as SHERIFF OF BROWARD COUNTY, FLORIDA, requests that this action be removed to this Court, this Court accept the jurisdiction of this action as though it was instituted in this Court.

BUNNELL & WOULFE P.A.
ONE FINANCIAL PLAZA, SUITE 1000 • 100 SOUTHEAST 3rd AVENUE • FORT LAUDERDALE, FLORIDA 33394 • 954.761.8600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2010, I filed the foregoing and sent a copy to the following:

Attorneys for Plaintiff:   Peter Feld, Esq., Peter Feld, P.A., 629 S.W. 1st Ave, Ft. Lauderdale, FL 33301

> BUNNELL & WOULFE P.A.
> Attorneys for Defendant Lamberti
> One Financial Plaza, # 1000
> 100 S.E. 3rd Avenue
> Ft. Lauderdale, FL 33394
> Tel: 954-761-8600
> Fax: 954-463-6643
>
> BY: _____
> RICHARD T. WOULFE
> Florida Bar No. 222313
> CHRISTOPHER W. ROYER
> Florida Bar No. 0139981